### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cash on hand  Line from Schedule A/B: 16 | $ 200.00 | ☑ $ 200.00  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Deposits  Line from Schedule A/B: 17 | $ 888.78 | ☐ $ 888.78  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Legal counterclaim  Line from Schedule A/B: 33 | $ 375,000.00 | ☑ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from Schedule A/B: ___ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

**Fill in this information to identify your case:**

Debtor 1: ASMATULLAH SAID
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 4:17-bk-42550 WJL 13

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Mr Cooper fka NationStar
Creditor's Name

Number / Street
8950 Cypress Waters Blvd.
Dallas, TX 75019
City / State / ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 01/01/2014

Describe the property that secures the claim:
Residence at 4597 Deep Creek Rd., Fremont, CA 94555

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 7 9 7 1

$ 480,072.08   $ 1,100,000.00   $ 0.00

**2.2** American Infosource
Creditor's Name

Number / Street
5847 San Felipe St. #120
Houston, TX 77057
City / State / ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 06/15/2016

Describe the property that secures the claim:
Honda Civic, 2017, Line 3.2

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 9 2 0 1

$ 21,059.22   $ 17,221.00   $ 3,838.22

Add the dollar value of your entries in Column A on this page. Write that number here: **$ 501,131.13**

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

☐

**Creditor's Name** _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Describe the property that secures the claim: _____

$_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

☐

**Creditor's Name** _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Describe the property that secures the claim: _____

$_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

☐

**Creditor's Name** _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Describe the property that secures the claim: _____

$_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **0.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ **501,131.13**

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

**Fill in this information to identify your case:**

Debtor 1: ASMATULLAH SAID
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 4:17-bk-42550 WJL 13

☐ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Calif. Franchise Tax Board** — Priority Creditor's Name<br>P.O. Box 942867<br>Sacramento, CA 94267<br>Who incurred the debt? Debtor 1 only<br>☑ Check if this claim is for a community debt<br>Is the claim subject to offset? ☑ No ☐ Yes<br>Last 4 digits of account number 6 9 2 1<br>When was the debt incurred? 04/15/2017<br>As of the date you file, the claim is: ☑ Unliquidated<br>Type of PRIORITY unsecured claim: ☑ Taxes and certain other debts you owe the government | $6,285.04 | $6,285.04 | $0.00 |
| **2.2** | **Department of the Treasury** — Priority Creditor's Name<br>Internal Revenue Service<br>P.O. Box 9109<br>Holtsville, NY 11742<br>Who incurred the debt? Debtor 1 only<br>☑ Check if this claim is for a community debt<br>Is the claim subject to offset? ☑ No ☐ Yes<br>Last 4 digits of account number 9 6 7 9<br>When was the debt incurred? 04/15/2017<br>As of the date you file, the claim is: ☑ Unliquidated<br>Type of PRIORITY unsecured claim: ☑ Taxes and certain other debts you owe the government | $19,968.55 | $19,968.55 | $0.00 |

Debtor 1 ASMATULLAH SAID   Case number (if known) 4:17-bk-42550 WJL 13

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|     |                                                           |                                                         | Total claim |
| --- | --------------------------------------------------------- | ------------------------------------------------------- | ----------- |
| 4.1 | **DSNB Macys**                                            | Last 4 digits of account number  5 9 0 0                | $ 235.00   |
|     | Nonpriority Creditor's Name                               | When was the debt incurred? 09/01/2014                  |             |
|     | 911 Duke Blvd.                                            |                                                         |             |
|     | Mason                OH    45040                          | As of the date you file, the claim is: Check all that apply. |         |
|     |                                                           | ☐ Contingent                                            |             |
|     |                                                           | ☑ Unliquidated                                          |             |
|     | **Who incurred the debt?** Check one.                     | ☐ Disputed                                              |             |
|     | ☑ Debtor 1 only                                           |                                                         |             |
|     | ☐ Debtor 2 only                                           | **Type of NONPRIORITY unsecured claim:**                |             |
|     | ☐ Debtor 1 and Debtor 2 only                              | ☐ Student loans                                         |             |
|     | ☐ At least one of the debtors and another                 | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |  |
|     | ☑ Check if this claim is for a community debt             | ☐ Debts to pension or profit-sharing plans, and other similar debts |        |
|     | **Is the claim subject to offset?**                       | ☑ Other. Specify Credit card debt                       |             |
|     | ☑ No                                                      |                                                         |             |
|     | ☐ Yes                                                     |                                                         |             |
| 4.2 | **USCB America**                                          | Last 4 digits of account number  2 2 8 8                | $ 230.00   |
|     | Nonpriority Creditor's Name                               | When was the debt incurred? 04/08/2017                  |             |
|     | 355 Grand Ave. Ste. 3200  Box 306                         |                                                         |             |
|     | Los Angeles          CA    90071                          | As of the date you file, the claim is: Check all that apply. |         |
|     |                                                           | ☐ Contingent                                            |             |
|     |                                                           | ☑ Unliquidated                                          |             |
|     | **Who incurred the debt?** Check one.                     | ☐ Disputed                                              |             |
|     | ☐ Debtor 1 only                                           |                                                         |             |
|     | ☐ Debtor 2 only                                           | **Type of NONPRIORITY unsecured claim:**                |             |
|     | ☐ Debtor 1 and Debtor 2 only                              | ☐ Student loans                                         |             |
|     | ☑ At least one of the debtors and another                 | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |  |
|     | ☑ Check if this claim is for a community debt             | ☐ Debts to pension or profit-sharing plans, and other similar debts |        |
|     | **Is the claim subject to offset?**                       | ☑ Other. Specify Medical debt                           |             |
|     | ☑ No                                                      |                                                         |             |
|     | ☐ Yes                                                     |                                                         |             |
| 4.3 | **UCSB America**                                          | Last 4 digits of account number  4 3 0 6                | $ 337.37   |
|     | Nonpriority Creditor's Name                               | When was the debt incurred? 07/19/2016                  |             |
|     | 355 Grand Ave. Ste. 3299  Box 306                         |                                                         |             |
|     | Los Angeles          CA    90071                          | As of the date you file, the claim is: Check all that apply. |         |
|     |                                                           | ☐ Contingent                                            |             |
|     |                                                           | ☑ Unliquidated                                          |             |
|     | **Who incurred the debt?** Check one.                     | ☐ Disputed                                              |             |
|     | ☐ Debtor 1 only                                           |                                                         |             |
|     | ☐ Debtor 2 only                                           | **Type of NONPRIORITY unsecured claim:**                |             |
|     | ☐ Debtor 1 and Debtor 2 only                              | ☐ Student loans                                         |             |
|     | ☑ At least one of the debtors and another                 | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |  |
|     | ☑ Check if this claim is for a community debt             | ☐ Debts to pension or profit-sharing plans, and other similar debts |        |
|     | **Is the claim subject to offset?**                       | ☑ Other. Specify Medical debt                           |             |
|     | ☑ No                                                      |                                                         |             |
|     | ☐ Yes                                                     |                                                         |             |

Debtor 1  ASMATULLAH SAID   Case number (if known) 4:17-bk-42550 WJL 13

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Kaiser Permanente** <br> Name <br> **Collection Department** <br> Number  Street <br> **1950 Franklin St.** <br> **Oakland**  **CA**  **94612** <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number **2 2 8 8** |
| **Kaiser Permanente** <br> Name <br> **Collection Department** <br> Number  Street <br> **1950 Franklin St.** <br> **Oakland**  **CA**  **94612** <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.3** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number **4 3 0 6** |
| Name <br> Number  Street <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br> Number  Street <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br> Number  Street <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br> Number  Street <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br> Number  Street <br> City  State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number ___ ___ ___ ___ |

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 3 of 4

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | ASMATULLAH | | SAID |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 4:17-bk-42550 WJL 13

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **BMW Financial Services** (Name)<br>P.O. Box 3608 (Number Street)<br>Dublin, OH 43016 (City State ZIP Code) | 36-month Lease -- 2016 BMW 428i |
| 2.2 | **Honda Financial Exchange, Inc.** (Name)<br>P.O. Box 70252 (Number Street)<br>Philadelphia, PA 19176 (City State ZIP Code) | 36-month Lease -- 2016 Honda Accord |
| 2.3 | **MetroPCS Wireless, Inc.** (Name)<br>P.O. Box 601119 (Number Street)<br>Carol Stream, IL 60197 (City State ZIP Code) | Mobile phone service provider |
| 2.4 | (Name)<br>(Number Street)<br>(City State ZIP Code) | |
| 2.5 | (Name)<br>(Number Street)<br>(City State ZIP Code) | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | ASMATULLAH SAID |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (If known) | 4:17-bk-42550 WJL 13 |

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☐ No
      - ☑ Yes. In which community state or territory did you live? __California__. Fill in the name and current address of that person.

      Horia Said
      *Name of your spouse, former spouse, or legal equivalent*

      4597 Deep Creek Rd.
      Number  Street

      Fremont         CA          94555
      City            State       ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

   Column 1: Your codebtor

   Column 2: The creditor to whom you owe the debt
   Check all schedules that apply:

   3.1 Jawad Said
       Name
       4597 Deep Creek Rd.
       Number  Street
       Fremont         CA          94555
       City            State       ZIP Code

       ☑ Schedule D, line 2.2
       ☐ Schedule E/F, line _____
       ☐ Schedule G, line _____

   3.2 Name
       Number  Street
       City            State       ZIP Code

       ☐ Schedule D, line _____
       ☐ Schedule E/F, line _____
       ☐ Schedule G, line _____

   3.3 Name
       Number  Street
       City            State       ZIP Code

       ☐ Schedule D, line _____
       ☐ Schedule E/F, line _____
       ☐ Schedule G, line _____

Official Form 106H          Schedule H: Your Codebtors          page 1 of 1

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | ASMATULLAH | | SAID |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern District of California | | | |
| Case number (If known) | 4:17-bk-42550 WJL 13 | | |

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Licensed Calif. vehicle salesperson | |
   | Employer's name | AutoNation Honda | |
   | Employer's address | 5780 Cushing Parkway<br>Number   Street | Number   Street |
   | | Fremont           CA      94538<br>City            State   ZIP Code | City            State   ZIP Code |
   | How long employed there? | 4 yr. 11 mo. | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.   2. | $ 13,680.00 | $ |
| 3. Estimate and list monthly overtime pay.   3. | + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3.   4. | $ 13,680.00 | $ |

| Debtor 1 | ASMATULLAH | | SAID | Case number *(if known)* 4:17-bk-42550 WJL 13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here............................................................................→ | | 4. | $ 13,680.00 | $ |

5. List all payroll deductions:

| | | | | |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | | 5a. | $ 4,503.00 | $ |
| 5b. Mandatory contributions for retirement plans | | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | | 5d. | $ 0.00 | $ |
| 5e. Insurance | | 5e. | $ 1,191.00 | $ |
| 5f. Domestic support obligations | | 5f. | $ 0.00 | $ |
| 5g. Union dues | | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: Pto balance | | 5h. +$ 36.00 | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 5,730.00   $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 7,950.00   $

8. List all other income regularly received:

   8a. **Net income from rental property and from operating a business, profession, or farm**

   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $

   8b. **Interest and dividends**   8b.   $ 0.00   $

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $

   8d. **Unemployment compensation**   8d.   $ 0.00   $

   8e. **Social Security**   8e.   $ 0.00   $

   8f. **Other government assistance that you regularly receive**

   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $

   8g. **Pension or retirement income**   8g.   $ 0.00   $

   8h. **Other monthly income.** Specify: Daughter and son pay Debtor for car payments   8h. +$ 993.88   + $

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 993.88   $

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 8,943.88 + $  =  $ 8,943.88

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

    Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12.   $ 8,943.88
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:

This document was prepared by
BRIAN M. CARTER
Legal Document Assistant #057
County of Registration: ALAMEDA
Registration expires: 01/31/2018
FEIN: 20-1058728

Fill in this information to identify your case:

Debtor 1: ASMATULLAH SAID
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 4:17-bk-42550 WJL 13

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**  ☑ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent...........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☐ No
   ☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4.  $ 3,758.00

   If not included in line 4:

   4a. Real estate taxes  4a. $ _____
   4b. Property, homeowner's, or renter's insurance  4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 200.00
   4d. Homeowner's association or condominium dues  4d. $ _____

Debtor 1 ASMATULLAH SAID  Case number (if known) 4:17-bk-42550 WJL 13

|  | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans  5. | $ 0.00 |
| 6. **Utilities:** | |
| 6a. Electricity, heat, natural gas  6a. | $ 235.00 |
| 6b. Water, sewer, garbage collection  6b. | $ 124.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. | $ 355.00 |
| 6d. Other. Specify: _____  6d. | $ 0.00 |
| 7. **Food and housekeeping supplies**  7. | $ 300.00 |
| 8. **Childcare and children's education costs**  8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning**  9. | $ 100.00 |
| 10. **Personal care products and services**  10. | $ 55.00 |
| 11. **Medical and dental expenses**  11. | $ 70.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. | $ 100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. | $ 150.00 |
| 14. **Charitable contributions and religious donations**  14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance  15a. | $ 0.00 |
| 15b. Health insurance  15b. | $ 0.00 |
| 15c. Vehicle insurance  15c. | $ 142.00 |
| 15d. Other insurance. Specify: _____  15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. | $ 0.00 |
| 17. **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1  Form 106A/B Line 3.1  17a. | $ 564.10 |
| 17b. Car payments for Vehicle 2  Form 106A/B Line 3.2  17b. | $ 429.78 |
| 17c. Other. Specify: Vehicle 3 -- Form 106A/B Line 3.3  17c. | $ 361.42 |
| 17d. Other. Specify: _____  17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____  19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| 20a. Mortgages on other property  20a. | $ 0.00 |
| 20b. Real estate taxes  20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance  20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses  20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues  20e. | $ 0.00 |

| Debtor 1 | ASMATULLAH | | SAID | Case number (if known) 4:17-bk-42550 WJL 13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____    21. +$    0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.      22a.   $ 6,944.30

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.   $ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c.   $ 6,944.30

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a.   $ 8,943.88

    23b. Copy your monthly expenses from line 22c above.      23b. –$ 6,944.30

    23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.      23c.   $ 1,999.58

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.    Explain here: One of the two car leases will end in 2018.