**Entered on Docket**
**November 06, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the court.**
**Signed November 6, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Asmatullah Said,

　　　　　Debtor.

No. 17-42550

Chapter 13

**MEMORANDUM REGARDING RELIEF FROM STAY HEARING**

On October 25, 2017, Creditor Vrinderpaul Mann filed a *Motion for Relief from Stay* ("the Motion") (doc. 14). A hearing will be held on the Motion on November 8, 2017 at 9:30 a.m. The Court would like a representative from the Chapter 13 Trustee's office to appear either in person or telephonically at the hearing.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**